[No. 36468-9-II.   Division Two.   April 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAMROEUM NAM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00606-0, Richard D. Hicks, J., entered June 22, 2007. *Reversed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 37309-2-II.   Division Two.   April 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBROGINO GIOVANNI FANELLI, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00634-5, James J. Stonier, J., entered January 24, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, J.; Hunt, J., dissenting.

[No. 37507-9-II.   Division Two.   April 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS LEE MERINO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00948-9, Christine A. Pomeroy, J., entered March 20, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 38522-8-II.   Division Two.   April 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH A. HARVILL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00223-6, David L. Edwards, J., entered November 3, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.